CAUSE NO. 13-13-00283-CR

| | | |
|---|---|---|
| MARK A. ESTRADA, | § | |
| APPELLANT | § | IN THE TEXAS COURT OF |
| V | § | |
| | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS, | § | |
| APPELLEE | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk

## MOTION FOR EXTENTION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW MARK ANTHONY ESTRADA, Appellant in the Above cause to request this court to grant an extention of time to file his first Petition for Discretionary Review and in support thereof presents the following facts;

The styled and numbered cause of this case is Mark A. Estrada VS The State of Texas, Appeal No. 13-13-00283-CR. The styled and numbered cause in the trial court is The State of Texas VS Mark A. Estrada, cause No. CR-712-08-C from the 139th Judicial District Court, Judge "Bobby" Flores presiding.

The 13th Court of Appeals denied the Appellant's Motion for Rehearing on May 27, 2015 on a appeal of a Motion for DNA testing and appointment of counsel for DNA testing.

Appellant requests additional time to prepare and file his Petition for Discretionary Review for which is due on June 26, 2015, 30 days from the 13th Court of Appeals judgement. Appellant requests an extention of time for a period of 60 days to file a proper petition to this court. This period is to begin on June 26, 2015 and to end on August 25, 2015. No prior requests for an extention of time have been made to this court in this cause, nor is this motion presented for needless delay, confusion of the issues, nor to harass the court, but to secure by due process the means to such redress and remedy to the appellant's claims.

### PRAYER

Wherefore, premises considered, the appellant respectfully requests that this Honorable Court extend the time to file such a Petition for Discretionary Review in this cause with a final due date of August 25, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk

Respectfully submitted,

_Mark A. Estrada_
MARK A. ESTRADA
TDCJ #1568684
3001 SOUTH EMILY DR.
BEEVILLE, TX. 78102

June 15, 2015

## CERTIFICATE OF SERVICE

I, Mark Anthony Estrada, do ceertify that a copy of the above and foregoing MOTION TO EXTEND TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW was on this day the _15th_ of June 2015 was mailed first class postage prepaid to the, TEXAS COURT OF CRIMINAL APPEALS, P.O. BOX 12308, Capitol Station, Austin, TX. 78711.

MARK A. ESTRADA

3001 SOUTH EMILY DR.

McCONNELL UNIT

BEEVILLE,TX. 78102

TDCJ#1568684

June 15, 2015